AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| KHADIJEH KHATIB <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFERSON PARISH PUBLIC SCHOOL SYSTEM, JEFFERSON PARISH SCHOOL BOARD, DR. CADE BRUMLEY, individually and in his capacity as SUPERINTENDENT OF JEFFERSON PARISH SCHOOLS, SCOTT DEEMER, individually and in his capacity as principal <br><br> *Defendant(s)* | Civil Action No. 2:19-CV-12650-GGG-MBN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scott Deemer
individually and as principal
Rudolph Matas School
1201 Elise Avenue
Metairie, Louisiana 70003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sharry I. Sandler
SANDLER MICHAUD, LLC
1050 S. Jefferson Davis Pkwy, Suite 219
New Orleans, Louisiana 70125

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*