IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| KHADIJEH KHATIB, | CIVIL ACTION |
|     Plaintiff | File No: 19-CV-12650-GGG-MBN |
| | |
| Vs. | |
| | Jury Trial Requested |
| JEFFERSON PARISH PUBLIC SCHOOL | |
| SYSTEM, JEFFERSON PARISH SCHOOL | |
| BOARD, DR. CADE BRUMLEY, individually | |
| And in his capacity as SUPERINTENDENT OF | |
| JEFFERSON PARISH SCHOOLS, SCOTT | |
| DEEMER, individually and in his capacity as | |
| PRINCIPAL OF RUDOLPH MATAS SCHOOL | |
|     Defendants | |

_____

## MOTION TO EXTEND TIME TO COMPLETE SERVICE

NOW INTO COURT, through undersigned counsel, comes the petitioner, KHADIJEH KHATIB, who files this Motion to Extend Time to Complete Service in this matter for the following reasons:

I.

This matter was originally filed in September of 2019, and summons was requested thereafter. Further, the undersigned did mail a copy of the complaint to Jefferson Parish Public School System and the Other Defendants through their work addresses; however, thereafter, she became ill and did not receive confirmation they had received the complaint.  The undersigned has been ill, necessitating trips to the hospital as well as other medical clinics over the past month.  Thankfully, the underlying cause of the illness which was affecting the undersigned has been determined, and she anticipates that she will not need additional time away from her office.

II.

The undersigned is engaging the services of a private process server to assist in hand delivering copies of the summons and complaint herein, to insure it has been received, and she anticipates that this can be completed within the next week.  Further, after Summons was requested herein, the ensuing

Thanksgiving and Christmas Holiday Season affected the availability of several defendants.  As no other holidays are pending, the undersigned does not believe that there will be a problem serving those defendants.

    WHEREFORE, Considering the foregoing, the undersigned respectfully prays for additional time to effectuate service in this matter.

RESPECTFULLY SUBMITTED

_____
SHARRY I. SANDLER (29669)
***SANDLER MICHAUD, L.L.C.***
1050 S. Jefferson Davis Parkway, Suite 219
New Orleans, Louisiana 70125
Telephone: 504.291.8300
Facsimile: 504.291.8301
Email: sharry@smnola.com

## **CERTIFICATE**

    I hereby certify I have notified all defendants herein via the pacer system, or individually they will be notified with receipt of service and summons.

_____
SHARRY I. SANDLER