IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| KHADIJEH KHATIB, | : | CIVIL ACTION |
| Plaintiff | : | File No: 19-CV-12650-GGG-MBN |
| | : | |
| Vs. | : | |
| | : | Section "T" |
| JEFFERSON PARISH PUBLIC SCHOOL SYSTEM, JEFFERSON PARISH SCHOOL BOARD, DR. CADE BRUMLEY, individually And in his capacity as SUPERINTENDENT OF JEFFERSON PARISH SCHOOLS, SCOTT DEEMER, individually and in his capacity as PRINCIPAL OF RUDOLPH MATAS SCHOOL | : | |
| Defendants | : | |

_____

## ORDER

CONSIDERING THE FOREGOING Motion to Extend Time to Complete Service:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiff shall have until the 27th day of February 2020, to complete service in this matter.

New Orleans, Louisiana, this 4th day of February, 2020.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE