AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Khadijeh Khatib | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-12650 T(5) <br> ) <br> Jefferson Parish Public School System, et al ) <br> ) <br> ) <br> ) <br> *Defendant(s)* ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sharry I. Sandler
SANDLER MICHAUD, LLC
1050 S. Jefferson Davis Pkwy, Suite 219
New Orleans, Louisiana 70125

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Oct 22 2019__     _/s/ M. Mullen_
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-12650

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Deiner Principal Rudolph Notes

was received by me on *(date)* February 3, 2020 .

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robyn Lathuso , who is designated by law to accept service of process on behalf of *(name of organization)* Scott Deiner Rudolph Notes School on *(date)* 03.02.2020 or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03.02.2020

_____
Server's signature

Ashley Nichols ~~ ATTY notes, Rowhik s/w
Printed name and title

984 Robert E. Lee Blvd New Orleans, LA 70124
Server's address

Additional information regarding attempted service, etc: